

**Entered on Docket**
**November 16, 2009**

_Bruce A. Markell_

Hon. Bruce A. Markell
**United States Bankruptcy Judge**

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Wells Fargo Bank, N.A.
09-75700

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-09-23637-bam |
| Howard David Taylor | Date: 11/3/09<br>Time: 1:30pm |
| | Chapter 13 |
| Debtor. | |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject property, generally described as 3106 Meadow Flower Ave., North Las Vegas, NV 89031.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors and Trustee at least five business days' notice of the time, place and date of sale.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby

2   withdraws its secured Proof of Claim filed in this matter.

3

4    DATED this _____ day of _____, 2009.

5   Submitted by:
    **WILDE & ASSOCIATES**
6

7   By _____
8       **GREGORY L. WILDE, ESQ.**
        Attorney for Secured Creditor
9       208 South Jones Boulevard
        Las Vegas, Nevada 89107
10

11   APPROVED / DISAPPROVED

12   _____
    Philip K. Goldstein
13   609 S. 7th Street
    Las Vegas, NV 89101
14   Attorney for Debtor(s)

15

16   APPROVED / DISAPPROVED

17   _____
    Rick A. Yarnall
18   701 Bridger Avenue #820
    Las Vegas, NV 89101
19   Chapter 13 Trustee

20

21

22

23

24

25

26

ALTERNATIVE METHOD RE: LOCAL RULE 9021:
In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
____    The court waived the requirements of LR 9021.
____    No parties appeared or filed written objections, and there is no trustee appointed in the case.
_x__    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any
          unrepresented parties who appeared at the hearing, and any trustee appointed in this case,
          and each has approved or disapproved the order, or failed to respond, as indicated below
          (list each party and whether the party has approved, disapproved, or failed to respond to the
          document):

(List Parties)
Debtor's counsel:
_____ approved the form of this order                _____ disapproved the form of this order

_____ waived the right to review the order and/or    __x__ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
_____ approved the form of this order                _____ disapproved the form of this order

_____ waived the right to review the order and/or    ___x_ failed to respond to the document

Other Party:_____

_____ approved the form of this order                _____ disapproved the form of this order

_____ waived the right to review the order and/or    _____ failed to respond to the document

Breach Order:

_____ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of

       this proposed order were transmitted to Debtor's counsel and appointed trustee to which

       they have not replied

Submitted by:
 /s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor